JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JAVIER JOHNSON,

    Petitioner,

v.

KELLY HARRINGTON, Warden,

    Respondent.

Case No. CV 09-4737-SJO (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: November 16, 2011.

S. James Otero
United States District Judge